IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.*,<br>    Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, *et al.*,<br>    Plaintiffs,<br>v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br>    Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>Related to D.I. Nos. 1 and 61 |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, *et al.*,<br>    Plaintiffs,<br>v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br>    Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>Related to D.I. Nos. 1 through 7 |

**JOINT STIPULATION AND MOTION
TO (1) TOLL AND STAY ACTION AND ALL RELATED MOTIONS PENDING
CONFIRMATION OF SIXTH AMENDED PLAN OF REORGANIZATION AND
(2) DISMISS ACTION, WITH PREJUDICE, UPON FILING OF NOTICE OF
<u>EFFECTIVE DATE</u>**

Plaintiffs Owens Corning and its affiliated debtors and debtors-in-possession

("Debtors"); Plaintiffs IPM, Inc., Vytec Corporation and Owens-Corning Fiberglas Sweden Inc.

894132 1 7/17/06

("Non-Debtors"); Defendant Credit Suisse, Cayman Islands Branch, individually and in its capacity as Agent ("Credit Suisse"); the Defendants listed on Exhibit A and all but one (Dexia Bank) of the Defendants listed on Exhibit B attached to this Motion; and Intervenor-Cross-Plaintiffs the Official Representatives of the Bondholders and Trade Creditors of Debtors ("Official Representatives") (collectively, the "Parties"), hereby stipulate to and move the Court, pursuant to Fed. R. Civ. P. 7, for entry of an Order tolling and staying (i) this adversary proceeding, including the Debtor and Non-Debtor Plaintiffs' Motion to Refer Bank Adversary Action to the Bankruptcy Court (D.I. No. 61) and all other currently pending motions and matters in this adversary proceeding (collectively, the "Litigation"), and (ii) the Motion of the Official Representatives of the Bondholders and Trade Creditors to Withdraw the Reference of Subordination Adversary Action (D. Ct. Case No. 1:06-cv-00144-JPF) from the Bankruptcy Court (the "Motion to Withdraw") (D.I. Nos. 1-7), all as set forth below.

1.      Representatives of all major constituencies in these related bankruptcy cases, including the Debtors, the Steering Committee of Bank Holders, the Official Representatives, the Ad Hoc Equity Holders Committee, the Ad Hoc Bondholders Committee, the Asbestos Claimants Committee and the Official Representative of Future Claimants (collectively, the "Constituencies"), have reached agreement ("Agreement") on a consensual plan of reorganization of the Debtors, the terms of which will be included in a Sixth Amended Plan of Reorganization (such plan of reorganization, together with any technical amendments thereto, the "Sixth Amended Plan"), to be filed on or before June 5, 2006. The Sixth Amended Plan shall treat (i) all holders of claims and interests, other than holders of bank claims, as set forth in a term sheet (the "Term Sheet"), a copy of which was filed on May 10, 2006 with the Bankruptcy Court in *In re Owens Corning*, Case No. 00-03837 (Bankr. D. Del.) (JKF) (D.I. No.

17710); and (ii) holders of bank claims as set forth in the Debtors' proposed Fifth Amended Joint Plan of Reorganization filed December 31, 2005, as modified by the Bankruptcy Court's Final Order, dated May 10, 2006, determining the circumstances under which the holders of bank claims would be unimpaired. *See* D.I. No. 17712.

2. On May 10, 2006, the Constituencies (other than the Steering Committee of Bank Holders) also placed the terms of a related Plan Support Agreement and a related Equity Commitment Agreement on the record in the bankruptcy proceeding and filed the documents with the Court. *See* D.I. Nos. 17710 and 17720.

3. At the May 10, 2006 presentation of the Agreement to the Bankruptcy Court, the Constituencies, Credit Suisse and the Defendants listed on Exhibit A advised the Honorable Judith K. Fitzgerald that they had agreed to toll and stay all further adversary proceedings and related matters pending in that court, including Adv. Pro. No. 06-50122, so long as confirmation proceedings related to the Sixth Amended Plan remain pending, through and until the Effective Date of the Sixth Amended Plan, at which time such adversary proceedings and related matters (including the Litigation) shall be dismissed, with prejudice. "Effective Date" as used in this Motion shall have the meaning ascribed to it in the Sixth Amended Plan.

4. A confirmation hearing on the Sixth Amended Plan has been scheduled for September 18, 2006.

5. Pursuant to the Term Sheet (at p. 5), and the statements made on the record at the May 10, 2006 hearing before the Bankruptcy Court, the Parties stipulate and agree that the Litigation and the Motion to Withdraw (i) shall be tolled and stayed so long as the confirmation proceedings related to the Sixth Amended Plan remain pending, through and until

the Effective Date of the Sixth Amended Plan (the "Stay Period"); and (ii) shall be dismissed, with prejudice, upon the Effective Date of the Sixth Amended Plan.

6.     The Parties further agree that any statutes of limitations applicable to any additional claims or causes of action between them or between any of the Parties and any other current Defendant in the Litigation are tolled from May 10, 2006 through the Stay Period; provided, however, that this agreement does not reinstate any claim or cause of action which was barred for any reason on or before May 10, 2006.

7.     Upon the Effective Date of the Sixth Amended Plan, the Motion to Withdraw shall be moot and the Debtors shall file a notice ("Notice") of the Effective Date in this Court, whereupon this Court shall dismiss the Litigation and the Motion to Withdraw, with prejudice.

8.     None of the Defendants listed on Exhibit C has entered its appearance. All Plaintiffs and Defendants who have entered an appearance in the Litigation, except Dexia Bank, join in this Motion. Due to logistical problems contacting in time all persons at Dexia Bank responsible for consenting to this Joint Stipulation and Motion, Dexia Bank has not yet indicated whether it consents. Neither Dexia Bank nor those Defendants which have not entered their appearances will be prejudiced by entry of the proposed Order.

9.     As a result of the Agreement, the Parties believe it would be a waste of judicial resources, the resources of both the Parties and of those Defendants which have not entered their appearances in the Litigation, and the resources of the Debtors' estates, to continue to pursue the Litigation or the Motion to Withdraw or to commence any further litigation among the Parties in connection with these chapter 11 cases at this time.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying the Motion to Withdraw in D. Ct. Case No. 1:06-cv-00144-JPF and tolling all deadlines and staying and thereafter dismissing the Litigation and the Motion to Withdraw in accordance with the terms set out above.

SAUL EWING LLP

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6800
Facsimile: 302-421-5865
Electronic Mail: npernick@saul.com
            kstickles@saul.com

-- and --

Charles O. Monk, II
Henry R. Abrams
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202
Telephone: 410-332-8600
Facsimile: 410-332-8862
Electronic Mail: cmonk@saul.com
            habrams@saul.com

SIDLEY AUSTIN LLP

*/s/ Guy S. Neal*

Guy S. Neal
1501 K. Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711
Electronic Mail: gneal@Sidley.com

-and-

James F. Conlan
Larry J. Nyhan
Jeffrey C. Steen
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
Electronic Mail: jconlan@Sidley.com
   lnyhan@Sidley.com
   jsteen@Sidley.com

Counsel for Owens Corning and its Related Debtors, and Non-Debtors IPM, Inc., Owens Corning Fiberglas Sweden, Inc. and Vytec Corporation

LANDIS RATH & COBB LLP

/s/ Rebecca L. Butcher
Richard S. Cobb (No. 3157)
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19899
Telephone: 302-467-4400
Facsimile: 302-467-4450
Electronic Mail: cobb@lrclaw.com
                 butcher@lrclaw.com

– and –

WEIL, GOTSHAL & MANGES LLP
Michael F. Walsh
Judy G. Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: 212-310-8000
Facsimile: 212-310-8007
Electronic Mail: michael.walsh@weil.com
                 judy.liu@weil.com

Counsel for Credit Suisse, Cayman Islands Branch,
individually and in its capacity as Agent, and for the
Defendants listed on Exhibit A

*/s/ Heather Y. Fong*
LEBOEUF, LAMB, GREEN & MACRAE LLP
Heather Y. Fong
125 West 55th Street
New York, NY 10019
Telephone: 212-424-8195
Facsimile: 212-424-8500
Electronic Mail: hfong@llgm.com

Counsel for Arab Bank PLC


Jonathan R. Goldblatt
Managing Counsel
The Bank of New York
One Wall Street
29th Floor
New York, NY 10286
Telephone: 212-635-1575
Facsimile: 212-635-1098
Electronic Mail: jgoldblatt@bankofny.com

Counsel for The Bank of New York


MCDERMOTT WILL & EMERY LLP
David C. Christian II
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: 312-984-2758
Facsimile: 312-984-7700
Electronic Mail: dchristian@mwe.com

Counsel for Continental Casualty

Jun-23-06   01:31pm   From-BANK OF NY. LEGAL 29                    1 212 635 1098           T-168   P.002/003   F-037

LEBOEUF, LAMB, GREEN & MACRAE LLP
Heather Y. Fong
125 West 55th Street
New York, NY 10019
Telephone: 212-424-8195
Facsimile: 212-424-8500
Electronic Mail: hfong@llgm.com

Counsel for Arab Bank PLC

Jonathan R. Goldblatt
Managing Counsel
The Bank of New York
One Wall Street
29th Floor
New York, NY 10286
Telephone: 212-635-1575
Facsimile: 212-635-1098
Electronic Mail: jgoldblatt@bankofny.com

Counsel for The Bank of New York


MCDERMOTT WILL & EMERY LLP
David C. Christian II
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: 312-984-2758
Facsimile: 312-984-7700
Electronic Mail: dchristian@mwe.com

Counsel for Continental Casualty

PAGE 2/3 * RCVD AT 6/23/2006 2:37:21 PM [Eastern Daylight Time] * SVR:RF09A/3 * DNIS:68757 * CSID:12126351098 * DURATION (mm-ss):01-22

LEBOEUF, LAMB, GREEN & MACRAE LLP
Heather Y. Fong
125 West 55th Street
New York, NY 10019
Telephone: 212-424-8195
Facsimile: 212-424-8500
Electronic Mail: hfong@llgm.com

Counsel for Arab Bank PLC

---

Jonathan R. Goldblatt
Managing Counsel
The Bank of New York
One Wall Street
29th Floor
New York, NY 10286
Telephone: 212-635-1575
Facsimile: 212-635-1098
Electronic Mail: jgoldblatt@bankofny.com

Counsel for The Bank of New York

*/s/ signature/*

~~[struck through text]~~ SEYFARTH SHAW LLP
David C. Christian II
~~[struck through address]~~                      55 East Monroe Street
~~[struck through city/zip]~~                     Chicago, IL 60603-5803
Telephone: ~~[struck through]~~                   312-269-8833
Facsimile: ~~[struck through]~~                   312-269-8869
Electronic Mail: ~~[struck through]~~ dchristian@seyfarth.com

Counsel for Continental Casualty

887599.7 6/15/06                              -8-

_____
Yasuo Imaizumi,
Senior Vice President
Mizuho Corp. Bank, Ltd
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-282-3488
Facsimile: 212-282-4488
Electronic Mail: yasuo.imaizumi@mizuhocbus.com

On behalf of The Dai-Ichi Kangyo Bank Limited
("Predecessor in interest" to Mizuho Corporate Bank, Ltd. )


_____
Robert Rosenzweig
General Counsel
Dexia Credit Local
445 Park Avenue
New York, NY 10022
Telephone: 212-515-7028
Electronic Mail: Robert.res@dexia-us.com

Counsel for Dexia Bank (n/k/a Dexia Bank Belguim SA)


_____
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Matthew J. Gold
551 Fifth Avenue
New York, NY 10176
Telephone: 212-986-6000
Electronic Mail: mgold@kkwc.com

Counsel for Kensington International Limited and
Springfield Associates, LLC

Martin I. Fineberg
Senior Vice President, Associate General Counsel
& Unit Head
Legal & Compliance Unit
Mizuho Corp. Bank, Ltd
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-282-4963
Facsimile: 212-282-4260
Electronic Mail: martin.fineberg@mizuhocbus.com

Counsel for The Dai-Ichi Kangyo Bank Limited
(n/k/a Mizuho Corp. Bank)


Robert Rosenzweig
General Counsel
Dexia Credit Local
445 Park Avenue
New York, NY 10022
Telephone: 212-515-7028
Electronic Mail: Robert.res@dexia-us.com

Counsel for Dexia Bank (n/k/a Dexia Bank Belguim SA)


_____
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Matthew J. Gold
551 Fifth Avenue
New York, NY 10176
Telephone: 212-986-6000
Electronic Mail: mgold@kkwc.com

Counsel for Kensington International Limited and
Springfield Associates, LLC

*[signature]*

ROPES & GRAY
David S. Elkind
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-841-0608
Facsimile: 212-841-5725
Electronic Mail: david.elkind@ropesgray.com

Counsel for King Street Capital Management L.L.C.

---

Molly J. Baier
Law Department - Workout Group
Wells Fargo Bank
633 Folsom Street, Seventh Floor
MAC A0149-073
San Francisco, CA 94107
Telephone: 415-396-3723
Facsimile: 415-975-7863
Electronic Mail: BaierMJ@wellsfargo.com

Counsel for Wells Fargo Bank N.A.

ROPES & GRAY
David S. Elkind
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-841-0608
Facsimile: 212-841-5725
Electronic Mail: david.elkind@ropesgray.com

Counsel for King Street Capital Management L.L.C.

*/s/ Molly J. Baier*

Molly J. Baier
Law Department - Workout Group
Wells Fargo Bank
633 Folsom Street, Seventh Floor
MAC A0149-073
San Francisco, CA 94107
Telephone: 415-396-3723
Facsimile: 415-975-7863
Electronic Mail: BaierMJ@wellsfargo.com

Counsel for Wells Fargo Bank N.A.

Joint Stipulation and Motion to (1) Toll and Stay Action and all related
Motions pending Confirmation of Sixth Amended Plan of Reorganization and
(2) Dismiss Action, with Prejudice, upon Filing of Notice of Effective Date

887599.7 6/14/06                           -10-

MONZACK and MONACO, P.A.

*[signature]*

Francis A. Monaco, Jr. (No. 2078)
1201 Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-656-8162
Facsimile: 302-656-2769
Electronic Mail: fmonaco@monlaw.com

– and –

J. Andrew Rahl, Jr.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1233
Electronic Mail: arahl@andersonkill.com

Counsel for the Official Representatives of the
Bondholders and Trade Creditors of Debtors

## EXHIBIT A

| | |
|---|---|
| AG Capital Funding Partners L.P. | Longacre Master Fund Ltd. |
| Bancamerica Robertson Stephens | Merrill Lynch, Pierce, Fenner & Smith Inc. |
| Bank of Nova Scotia | Morgan Guarantee Trust Company of New York |
| Bank One, N.A. | Natexis Banque |
| Barclays Bank, PLC | Natexis Banques Populaires |
| Bear, Stearns & Co. Inc. | Nationsbanc Montgomery Securities LLC |
| CIC – Union Europeene | Oak Hill Securities Fund, L.P. |
| Citibank, N.A. | Oak Hill Securities Fund II, L.P. |
| Credit Agricole Indosuez | Perry Principals |
| Credit Industriel et Commercial | Royal Bank of Canada |
| Credit Lyonnais | Salomon Brothers Holding Company, Inc. |
| First National Bank of Chicago | SanPaulo IMI S.p.A. |
| Fleet National Bank | Societe Generale |
| Fortis (USA) Finance LLC | Silver Oaks & Co. L.P. |
| Franklin Mutual Advisors, LLC | STB Delaware Funding Trust I |
| GE Capital Commercial Finance | Sumitomo Trust & Banking |
| Goldman Sachs Credit Partners L.P. | SunTrust Bank |
| HBK Investments | The Bank of America |
| HBK Master Fund | The Bank of Tokyo-Mitsubishi, Ltd. |
| Instituto Bancario San Paolo | The Chase Manhattan Bank N.A. |
| JP Morgan Chase Bank | The Mitsubishi Trust and Banking Corporation |
| J.P. Morgan Securities/Chase Securities | The Northern Trust Company |
| KBC Bank, N.V. | |
| Keybank National Association | |
| Lehman Commercial Paper Inc. | |

## **EXHIBIT B**

Arab Bank PLC

Continental Casualty

Dexia Bank (n/k/a Dexia Bank Belgium SA)

Kensington International Limited

King Street Capital Management L.L.C.

Springfield Associates, LLC

The Bank of New York

The Dai-Ichi Kangyo Bank Limited

Wells Fargo Bank N.A.

894132 1 7/17/06

## EXHIBIT C

Bankers Trust Company (n/k/a Deutsche Bank Trust Company Americas)

CIC-Union Europeenne

Mainstay Funds

Oaktree Capital Management LLC

STB Delaware Funding Trust I

894132 1 7/17/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH, (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*<br><br>        Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>Related to D.I. Nos. 1 and 61 |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br><br>        Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>Related to D.I. Nos. 1 through 7 |

## ORDER

    Upon the Parties' Joint Stipulation and Motion to (1) Toll and Stay Action and All Related Motions Pending Confirmation of Sixth Amended Plan of Reorganization and (2) Dismiss Action, With Prejudice, Upon Filing of Notice of Effective Date (the "Motion"), and

after consideration of any opposition thereto, it is, this _____ day of July, 2006, hereby ORDERED, that the Motion is granted, and that (i) the motion to withdraw filed in D. Ct. Case No. 1:06-cv-00144-JPF (D.I. Nos. 1-7) (the "Motion to Withdraw") shall be stayed during the Stay Period (as defined in the Motion); (ii) all deadlines related to the Litigation (as defined in the Motion) are tolled during the Stay Period; (iii) the Litigation is stayed during the Stay Period; (iv) any statutes of limitations applicable to any additional, unasserted claims or causes of action between any of the current parties to the Litigation (whether or not they have been served or entered their appearances) are tolled from May 10, 2006 through the Stay Period, provided, however, that nothing herein shall reinstate any claim or cause of action that was barred for any reason on or before May 10, 2006; and (v) this Court shall thereafter dismiss the Litigation and the Motion to Withdraw, with prejudice, upon the Debtors' filing in this Court of a Notice of Effective Date (as defined in the Motion).

---

Honorable John P. Fullam
Senior Judge, United States District Court