## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>      Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br><br>      Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>**Related to D.I. No. 94** |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br><br>      Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>**Related to D.I. No. 8** |

## AFFIDAVIT OF SERVICE

I, Dedrick Jackson, of Digital Legal Services, LLC, hereby certify that on July 17, 2006, true and correct copy of the **Joint Stipulation and Motion to (1) Toll Stay Action and All Related Motions Pending Confirmation of Sixth Amended Plan of Reorganization and (2) Dismiss Action, with Prejudice, Upon Filing of Notice of**

**Effective Date** was served on the parties on the attached service list by first class mail, postage prepaid.

DIGITAL LEGAL SERVICES, LLC

By: _____
Dedrick Jackson
1001 Jefferson Plaza, Suite 100
Wilmington, Delaware 19801
(302) 888-2060

Subscribed and sworn to before me
This _____ day of July, 2006

_____
Notary Public

**Owens Corning, et al.**
**Service List – Adversary 02-5829**

Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Richard S. Cobb, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

James L. Patton, Jr., Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

William Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assistant U.S. Attorney
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

David Baldwin, Esquire
Potter Anderson & Corroon
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Bank One, N.A.
Lehman Commercial Paper, Inc.
c/o Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Mark C. Chehi, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

D.J. Baker, Esquire
Skadden Arps Slate Meagher & Flom LLP
Four Time Square
New York, NY 10036

Charles O. Monk, II, Esquire
Henry R. Abrams, Esquire
Saul Ewing LLP
500 East Pratt Street, Suite 900
Baltimore, MD 21201

James F. Conlan, Esquire
Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

J. Andrew Rahl, Jr., Esquire
John B. Berringer, Esquire
Howard D. Ressler, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Jane W. Parver, Esquire
Edmund Emrich, Esquire
Andrew A. Kress, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esquire
Julie Davis, Esquire
Walter B. Slocombe, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N. W.
Washington, DC 20005-5802

Ellen R. Nadler, Esquire
Kenneth H. Eckstein, Esquire
Jeffrey S. Trachtman, Esquire
Kramer Levin, Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

James J. McMonagle, Esquire
24 Walnut Street
Chagrin Falls, OH  44022

Martin J. Bienenstock, Esquire
John Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

James I. McClammy, Esquire
Davis Polk & Wardwell
405 Lexington Avenue
New York, NY 10017

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Guy S. Neal, Esquire
Sidley Austin LLP
1501 K Street, NW
Washington, DE 20005

David S. Heller, Esquire
Josef S. Athansas, Esquire
Latham & Watkin
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Benjamin Feder, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Jack Garniewski, President
IPM, Inc.
2751 Centerville Road
Wilmington, DE 19808

Owens –Corning Fiberglas Sweden, Inc.
c/o Corporation Trust Center
Registered Agent
1209 Orange Street
Wilmington, De 19801

J. Kevin McCarthy, Esquire
Director, Deputy General Counsel-Americas
and Global Litigation Practice Group Leader
Credit Suisse First Boston
One Madison Avenue, 9th Floor
New York, NY 10010

AG Capital Funding Partners, L.P.
c/o National Corporate Research, Ltd.
Registered Agent
615 South Dupont Highway
Dover, DE 19901

AG Capital Funding Partners, L.P.
c/o Angelo Gordon & Co., L.P.
Attn: Mr. Jeffrey Aronson
245 Park Avenue
New York, NY 10167

Nofal S. Barbar
Executive Vice President & Regional
Manager
Arab Bank PLC
520 Madison Avenue
New York, NY 10022

Will Christopher
Deutsche Bank Trust Company Americas
1301 Sixth Avenue, 8th Floor
New York, NY 10019

John A. Ross, President
Deutsche Bank Trust Company Americas
31 W. 52nd Street
New York, NY 10019

H. Elizabeth Baird, Esquire
Assistant General Counsel
Bank of America NA
100 N. Tryon Street
Charlotte, NC 28255

Kenneth D. Lewis, President
Bank of America
100 N. Tryon Street
Charlotte, NC 28255

Maria Patterson, Esquire
The Bank of New York
Legal Division
One Wall Street, 29th Floor
New York, NY 10286

Gerald L. Hassell, President
The Bank of New York
One Wall Street
New York, NY 10286

Harry Day McLachlin, Esquire
Vice President and Counsel
The Bank of Tokyo-Mitsubishi, Ltd
1251 Avenue of the Americas
New York, NY 10020-1104

Christine S. Rueff, Esquire
Bank One NA
611 Woodward Avenue
Mail Suite MI 1 8067
Detroit, MI 48226

James Dimon
Chairman and CEO
Bank One NA
One Bank One Plaza
Chicago, IL 60670

Robert E. Diamond, Jr., President
Barclays Bank, PLC
200 Park Avenue
New York, NY 10166

Robert E. Diamond Jr., President
Barclays Bank, PLC
222 Broadway
New York, NY 10038

David S. Jones, Vice President
Barclays Bank PLC
12 East 49th Street; 34th Floor
New York, NY 10017

Danielle LeVeen, Esquire
First Vice President and Counsel
Credit Industriel et Commercial
520 Madison Avenue, 37th Floor
New York, NY 10022

Victor J. Menezes
Chairman & CEO
Citibank NA
399 Park Avenue
New York, NY 10043

Jonathan D. Kantor, Esquire
General Counsel
CNA
333 South Wabash
CNA Plaza, 43-South
Chicago, IL 60685

Didier Varlet, CFO & General Manger
General Management Committee
Member for North America
Credit Agricole Indosuez
10 S. Wacker Drive
Chicago, IL 60606

Credit Agricole Indosuez
1301 Avenue of the Americas
New York, NY 10019-6022

Danielle LeVeen, Esquire
First Vice President and Counsel
Credit Industriel et Commercial
520 Madison Avenue, 37th Floor
New York, NY 10022

Ronald N. Finn, Esquire
General Counsel
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019

Matthew G. Murphy
Vice President
Mizuho Bank, Ltd.
1251 Avenue of the Americas, 30th Floor
New York, NY 10020

Albert V. DeLeon, Esquire
General Counsel and Senior Vice President
Dexia Bank Belgium SA
445 Madison Avenue, 7th Floor
New York, NY 10022

Charles K. Gifford
President and CEO
Fleet National Bank
100 Federal Street
Boston, MA 02110

Roy Anderson, Esquire
General Counsel
Fortis Capital Corporation
3 Stamford Plaza, 9th Floor
301 Tresser Boulevard
Stamford, CT 06901

Franklin Mutual Advisers, LLC
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

GE Capital Commercial Finance
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

Goldman Sachs Global Holdings LLC GP of
Goldman Sachs Credit Partners L.P.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

Goldman Sachs Global Holding LLC
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

HBK Investments
c/o Corporation Services Company
Registered Agent
2711 Centerville Road
Wilmington, DE 19808

D. Mara Lowenstein, Esquire
General Counsel
San Paolo IMI S.p.A.
245 Park Avenue, 35th Floor
New York, NY 10167

JP Morgan Chase & Co.
James Dimon, CEO
Office of the Secretary
270 Park Avenue, 35th Floor
New York, NY 10017

J.P. Morgan Securities, Inc.
f/k/a J.P. Morgan Securities/Chase
Securities
c/o Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

Michael Curran, Esquire
Chief General Counsel
KBC Bank, N.V.
125 West 55th Street, 10th Fllor
New York, NY 10019

Kensington International Limited
c/o Elliott International Capital Advisors,
Inc.
Attn: Matt Brodsky
712 Fifth Avenue, 35th Floor
New York, NY 10009

Patrick V. Auletta, President
KeyBank National Association
127 Public Square
Cleveland, OH 44114

Mitchell Sockett, Esquire
General Counsel and Vice President
King Street Capital Management L.L.C.
909 Third Avenue, 30th Floor
New York, NY 10022

James Seery, Vice President
Lehman Commercial Paper, Inc.
745 7th Avenue, 3rd Floor
New York, NY 10019

Vladimir Jelisavcic, Director
LongAcre Master Fund Ltd.
1700 Broadway, Suite 1403
New York, NY 10019

Jill Kopin, Paralegal
Mainstay Funds
169 Lackawanna Avenue
Parsippany, NJ 07054

Merrill Lynch, Pierce, Fenner & Smith Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

Thomas Pennignton, Esquire
General Counsel and Executive Vice
President
The Mitsubishi Trust and Banking
Corporation
520 Madison Avenue, 26th Floor
New York, NY 10022

William B. Harrison, Jr., President
Morgan Guaranty Trust Co. of New York
270 Park Avenue
New York, NY 10017

Nicholas Regent, Vice Preident
Natexis Banques Populaires
1251 Sixth Avenue, 34th Floor
New York, NY 10020

Kelly R. Welsh, Esquire
Executive Vice President and General
Counsel
The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675-0002

Oaktree Capital Management, LLC
c/o Kenneth Liang, Esquire
Agent for Service of Process
333 South Grand Avenue, 28th Floor
Los Angeles, CA 90071

Perry Principals
c/o Perry Corp.
599 Lexington Avenue
New York, NY 10022

Oak Hill Securities Fund, L.P.
c/o National Corporation Research Ltd.
Registered Agent
615 South Dupont Highway
Dover, DE 19901

Oak Hill Securities Fund II, L.P.
c/o National Corporation Research, Ltd.
Registered Agent
615 South Dupon t Highway
Dover, DE 19901

Mr. Ralph DeSena
RBC Capital Markets
One Liberty Plaza, 5th Floor
New York, NY  10006

Salomon Brothers Holding Company, Inc.
c/o The Corporation Trust Company
Registered Agent
1209 Orange Street
Wilmington, DE 19801

D. Mara Lowenstein, Esquire
General Counsel
San Paolo IMI S.p.A.
245 Park Avenue, 35th Floor
New York, NY 10167

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Mr. Kim Fennebresque
CFO
Societe Generale
1221 Avenue of the Americas
New York, NY 10020

Springfield Associates, LLC
c/o The Corporation Trust Company
Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Takahiro Nomoto
President and CEO
Sumitomo Trust and Banking Co (USA)
111 River Street
Waterfront Corporate Center
Hoboken, NJ 07030

Tim Ng
The Sumitomo Trust & Banking Co. Ltd.
527 Madison Avenue
New York, NY 10022

STB Delaware Funding Trust I
c/o First Omni Bank, N.A.
Registered Agent
499 Mitchell Street
Millsboro, DE 19966

L. Phillip Humann, Chairman and President
SunTrust Bank
303 Peachtree Street
Atlanta, GA 30308

Christine F. Kenmore, Esquire
Vice President and Senior Counsel
Wells Fargo Bank, N.A.
333 South Grand Avenue, 10th Floor
Los Angeles, CA 90071

BRF Luter
President
Bank of Nova Scotia
67 Wall Street
New York, NY 10005

The First National Bank of Chicago
c/o Janetta F. Nicholson
Registered Agent
1 First National Plaza, Mail Ste. 0103
Chicago, IL 60670

Nationsbanc Montgomery Securities LLC
(n/k/a Banc of America Securities LLC)
c/o CT Corporation System
Registered Agent
1633 Broadway
New York, NY 10019

BancAmerica Robertson Stephens, Inc.
n/k/a BancAmerica Securities, Inc.
c/o CT Corporation
Registered Agent
1633 Broadway
New York, NY  10019

The Northern Trust Company
c/o The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Will Christoph
Deutsche Bank Trust Company Americas
1301 Sixth Avenue, 8th Floor
New York, NY 10019

John A. Ross, President
Deutsche Bank Trust Company Americas
31 W. 52nd Street
New York, NY 10019

First Omni Bank NA
Resident Agent
499 Mitchell Street
Millsboro, DE 19966

HBK Master Fund L.P.
c/o M&C Corporate Services Limited
Registered Agent
c/o Ugland House
South Church Street, P.O. Box 309
George Town, Grand Cayman
Cayman Island, British West Indies

Terry Off, President
Vytec Corporation
25 Midpark Cres
London. Ontario N6N 1A9
Canada

Bear, Sterns & Co., Inc.
Battle Fowler CM.R. Rosella
280 Park Avenue
New York, NY 10017

Bear Sterns & Co., Inc.
245 Park Avenue
New York, NY 10036

Corporation Trust Company
Resident Agent – Bear Stearns & Co., Inc.
1209 Orange Street
Wilmington, DE 19801

CT Corporation System, Resident Agent
for Bear Stearns & Co., Inc.
111 Eighth Avenue
New York, NY 10011

Richard Kuersteiner
Associate General Counsel
Franklin Advisers, Inc.
One Franklin Parkway
San Mateo, CA 94403

Merrill Lynch & Company, Inc.
4 World Financial Center
New York, NY 10080

Harry W. Short, Resident Agent
Northern Trust
50 S. LaSalle Street
Chicago, IL 60675

CIC-Union Europeenne
520 Madison Avenue
New York, NY 10022

Natexis Banques
1251 Sixth Avenue, 34th Floor
New York, NY 10020

Nicholas Regent, Vice President
Natexis Banques
1251 Sixth Avenue, 34th Floor
New York, NY 10020

Melonie S. Jurgens, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Guy S. Neal, Esquire
Sidley Austin LLP
1501 K. Street, N.W.
Washington, DC 20005

James F. Conlan, Esquire
Larry L. Nyhan, Esquire
Jeffrey C. Steen, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Richard S. Cobb, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899

Michael F. Walsh, Esquire
Judy G. Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Heather Y. Fong, Esquire
Leboeuf, Lamb, Green & Macrae LLP
125 West 55th Street
New York, NY 10019

Jonathan R. Goldblatt, Esquire
The Bank of New York
One Wall Street, 29th Floor
New York, NY 10286

David C. Christian II, Esquire
Seyfarth Shaw LLP
55 East Monroe Street
Chicago, IL 60603

Yasuo Imaizumi, Esquire
Senior Vice President
Mizuho Corp. Bank, Ltd.
1251 Avenue of the Americas
New York, NY 10020

Matthew J. Gold, Esquire
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
New York, NY 10176

David S. Elkind, Esquire
Ropes & Gray
45 Rockefeller Plaza
New York, NY 10111

Molly J. Baier, Esquire
Law Department – Workout Group
Wells Fargo Bank
633 Folsom Street, Seventh Floor
MAC A 0149-073
San Francisco, CA 94107