IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, *et al.*,<br>    Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, *et al.*,<br>    Plaintiffs,<br>v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br>    Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>Related to D.I. Nos. 1 and 61 |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, *et al.*,<br>    Plaintiffs,<br>v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.*,<br>    Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>Related to D.I. Nos. 1 through 7 |

**NOTICE OF EFFECTIVE DATE OF THE SIXTH AMENDED
JOINT PLAN OF REORGANIZATION FOR OWENS CORNING AND ITS
<u>AFFILIATED DEBTORS AND DEBTORS IN POSSESSION (AS MODIFIED)</u>**

Owens Corning and its affiliated debtors and debtors-in-possession ("Debtors" and, as reorganized entities after emergence, the "Reorganized Debtors"), pursuant to the Order of the Hon. Judge John P. Fullam dated July 24, 2006, hereby file this notice concerning the occurrence of the effective date of a confirmed plan of reorganization as follows:

1. The Reorganized Debtors hereby give notice that, on September 26, 2006 (the "Confirmation Date"), the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered an order (the "Confirmation Order") confirming the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan").

2. Certain conditions set forth in section 12.2 of the Plan were required to be satisfied or waived before the Plan could become effective, including this Court's affirmance of the Confirmation Order. These conditions have been satisfied or waived and the Plan's Effective Date occurred on October 31, 2006 (the "Effective Date").

3. Upon the filing of this Notice, pursuant to this Court's Order dated July 24, 2006, the Plan and the Confirmation Order, this Court shall dismiss this adversary proceeding, including the Debtor and Non-Debtor Plaintiffs' Motion to Refer Bank Adversary Action to the Bankruptcy Court (D.I. No. 61) and all other currently pending motions and matters in this adversary proceeding, and (ii) the Motion of the Official Representatives of the Bondholders and Trade Creditors to Withdraw the Reference of Subordination Adversary Action (D. Ct. Case No. 1:06-cv-00144-JPF) from the Bankruptcy Court (D.I. Nos. 1-7), with prejudice, except as provided in Paragraph 4.

4. This Plan does not provide for the release of the objection to (a) the Proof of Claim No. 4989 filed by Bank One, NA in the amount of $5,000,000.00 for the reasons stated in Count V, Paragraphs 68(f) and 68(g) of Adv. No. A-02-5829; and (b) the Proof of Claim No. 8896 filed by Continental Casualty in the amount of $12,196,667.00 for the reasons stated in Count V, Paragraph 68(g) of Adv. No. A-02-5829; provided, however, that the foregoing objections shall not affect in any respect the allowance and treatment of the Class A4 Claims as

set forth in Section 3.3(b) of the Plan or the Final Bank Unimpairment Order (as defined in the Plan). A proposed Order of Dismissal is attached for the Court's consideration.

Date: November ___, 2006

                                         **SAUL EWING LLP**

By: _____
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      Jeremy W. Ryan (No. 4057)
      222 Delaware Avenue
      P.O. Box 1266
      Wilmington, DE 19899-1266
      (302) 421-6800

      and

      **SIDLEY AUSTIN LLP**
      James F. Conlan
      Larry J. Nyhan
      Jeffrey C. Steen
      Dennis M. Twomey
      Andrew F. O'Neill
      One South Dearborn Street
      Chicago, IL 60603
      (312) 853-7000

      Attorneys for the Debtors and
      Reorganized Debtors

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, et al.,<br>　　　　Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, et al.,<br>　　　　Plaintiffs,<br>　　　　v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, et al.,<br>　　　　Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>Related to D.I. Nos. 1 and 61 |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, et al.,<br>　　　　Plaintiffs,<br>　　　　v.<br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, et al.,<br>　　　　Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>Related to D.I. Nos. 1 through 9 |

## ORDER OF DISMISSAL

This Court having received notice that the Effective Date has occurred with respect to the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan"), it is:

-2-

ORDERED, that Adv. Pro. No. A-02-5829 (JPF), including the Debtor and Non-Debtor Plaintiffs' Motion to Refer Bank Adversary Action to the Bankruptcy Court (D.I. No. 61) and all other currently pending motions and matters in this adversary proceeding, and (ii) the Motion of the Official Representatives of the Bondholders and Trade Creditors to Withdraw the Reference of Subordination Adversary Action (D. Ct. Case No. 1:06-cv-00144-JPF) from the Bankruptcy Court (D.I. Nos. 1-7) are hereby dismissed, with prejudice, except that the objection to (a) the Proof of Claim No. 4989 filed by Bank One, NA in the amount of $5,000,000.00 for the reasons stated in Count V, Paragraphs 68(f) and 68(g) of Adv. No. A-02-5829; and (b) the Proof of Claim No. 8896 filed by Continental Casualty in the amount of $12,196,667.00 for the reasons stated in Count V, Paragraph 68(g) of Adv. No. A-02-5829 are not dismissed; provided, however, that the foregoing objections shall not affect in any respect the allowance and treatment of the Class A4 Claims as set forth in Section 3.3(b) of the Plan or the Final Bank Unimpairment Order (as defined in the Plan); and it is further

ORDERED, that Adv. Pro. No. A-02-5829 (JPF) and D. Ct. Case No. 1:06-cv-00144-JPF are CLOSED.

_____
Honorable John P. Fullam
Senior Judge, United States District Court