## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.,*<br><br>    Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.,*<br><br>    Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>**Related to D.I. No. 98** |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, *et al.,*<br><br>    Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF |

## AFFIDAVIT OF SERVICE

I, Dedrick Jackson, of Digital Legal Services, LLC, hereby certify that on November

6, 2006, a true and correct copy of the **Notice of Effective Date of the Sixth Amended**

**Joint Plan of Reorganization for Owens Corning and Its Affiliated Debtors and**

**Debtors in Possession (As Modified)** was served by first class mail, postage prepaid, on the

parties on the attached service list.

<div style="margin-left:40%">

DIGITAL LEGAL SERVICES, LLC

By: _____

Dedrick Jackson
1001 Jefferson Plaza, Suite 100
Wilmington, Delaware 19801
(302) 888-2060

</div>

Subscribed and sworn to before me
This 7th day of November, 2006

_____
Notary Public

KATHLEEN L. DiROCCO
Notary Public - State of Delaware
My Comm. Expires Oct. 21, 2008

## Owens Corning, et al.
## Service List – Adversary No. A-02-5829

J. Kevin McCarthy, Esquire
Director, Deputy General Counsel-Americas and
Global Litigation Practice Group Leader
Credit Suisse, Cayman Branch
One Madison Avenue, 9th Floor
New York, NY 10010

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

AG Capital Funding Partners, L.P.
c/o Angelo, Gordon & Co., L.P.
Attn: Mr. Jeffrey Aronson
245 Park Avenue
New York, NY 10167

Nofal S. Barbar
Executive Vice President & Regional Manager
Arab Bank PLC
520 Madison Avenue
New York, NY 10022

Barclays Bank, PLC
222 Broadway
New York, NY 10038

David J. Baldwin, Esquire
Potter, Anderson & Corroon
1313 N. Market St.
6th Floor
Hercules Plaza
Wilmington, DE 19899-0951

Will Christoph
Deutsche Bank Trust Company Americas
1301 Sixth Avenue, 8th Floor
New York, NY 10019

John A. Ross, President
Deutsche Bank Trust Company Americas
31 W. 52nd Street
New York, New York 10019

H. Elizabeth Baird, Esquire
Assistant General Counsel
Bank of America NA
100 N. Tryon Street
Charlotte, NC 28255

Kenneth D. Lewis
President
Bank of America
100 North Tryon Street
Charlotte, NC 28255

Maria Patterson, Esquire
The Bank of New York
Legal Division
One Wall Street, 29th Floor
New York, NY 10286

Neil B. Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

David S. Heller, Esquire
Josef S. Athanas, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Gerald L. Hassell
President
The Bank of New York
One Wall Street
New York, NY 10286

Harry Day McLachlin, Esquire
Vice President and Counsel
The Bank of Tokyo-Mitsubishi, Ltd
1251 Avenue of the Americas
New York, NY 10020-1104

Christine S. Rueff, Esquire
Bank One NA
611 Woodward Avenue
Mail Suite MI 1 8067
Detroit, MI 48226

James Dimon
Chairman and Chief Executive Officer
Bank One NA
One Bank One Plaza
Chicago, IL 60670

Bank One, N.A.
Lehman Commercial Paper Inc.
C/O Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Corporation Trust Company
Resident Agent (Bear, Stearns & Co., Inc.)
1209 Orange Street
Wilmington, DE 19801

Victor J. Menezes
Chairman & Chief Executive Officer
Citibank NA
399 Park Avenue
New York, NY 10043

Jonathan D. Kantor, Esquire
General Counsel, CAN
333 South Wabash
CNA Plaza, 43-South
Chicago, IL 60685

Mr. Didier Varlet
Chief Financial Officer
Member for North America
Credit Agricole Indosuez
10 S. Wacker Drive
Chicago, IL 60606

Danielle LeVeen, Esquire
First Vice President and Counsel
Credit Industriel et Commercial
520 Madison Avenue, 37th Floor
New York, NY 10022

Ronald N. Finn, Esquire
General Counsel
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019

Yasuo Imaizumi
Senior Vice President
Mizuho Bank, Ltd.
1251 Avenue of the Americas, 30th Floor
New York, NY 10020

Robert Rosenzweig
General Counsel
Dexia Bank Belgium SA
445 Madison Avenue, 7th Floor
New York, NY 10022

Charles K. Gifford
President and Chief Executive Officer
Fleet National Bank
100 Federal Street
Boston, MA 02110

Roy Anderson, Esquire
General Counsel
Fortis Capital Corporation
3 Stamford Plaza, 9th Floor
301 Tresser Boulevard
Stamford, CT 06901-3239

The Corporation Trust Company
Resident Agent (Franklin Mutual Advisers,
LLC)
1209 Orange Street
Wilmington, DE 19801

Patti Pansch, Paralegal
GE Commercial Finance Capital Solutions
3 Capital Drive
Eden Prairie, MN 55344-3889

Goldman Sachs Global Holdings LLC
c/o The Corporation Trust Company
Resident Agent
1209 Orange Street
Wilmington, DE 19801

Corporation Services Company
Resident Agent (HBK Investments)
2711 Centerville Road
Wilmington, DE 19808

D. Mara Lowenstein, Esquire
General Counsel
San Paolo IMI S.p.A.
245 Park Avenue, 35th Floor
New York, NY 10167

Corporation Trust Company
Resident Agent (J.P. Morgan Securities/Chase
Securities (n/k/a J.P. Morgan Securities, Inc.)
1209 Orange Street
Wilmington, DE 19801

Michael Curran, Esquire
Chief General Counsel
KBC Bank, N.V.
125 West 55th Street, 10th Floor
New York, NY 10019

Michael A. Axel, Esq.
Senior Vice President & Managing Counsel
KeyBank National Association
127 Public Square, Second Floor
Cleveland, OH 44114-1306

Mitchell Sockett, Esquire
General Counsel and Vice President
King Street Capital Management L.L.C.
909 Third Avenue, 30th Floor
New York, NY 10022

James Seery, Vice President
Lehman Commercial Paper, Inc.
745 7th Avenue, 3rd Floor
New York, NY 10019

Vladimir Jelisavcic, Director
LongAcre Master Fund Ltd.
1700 Broadway, Suite 1403
New York, NY 10019

Jill Kopin, Paralegal
Mainstay Funds
169 Lackawanna Avenue
Parsippany, NJ 07054

Donald A. Workman, Esquire
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 2036

The Corporation Trust Company
Resident Agent (Merrill Lynch, Pierce, Fenner
& Smith Inc.)
1209 Orange Street
Wilmington, DE 19801

Thomas Pennington, Esquire
General Counsel and Executive Vice President
The Mitsubishi Trust and Banking Corporation
520 Madison Avenue, 26th Floor
New York, NY 10022

Nicholas Regent, Vice President
Natexis Banques Populaires
1251 Sixth Avenue, 34th Floor
New York, NY 10020

Kelly R. Welsh, Esquire
Executive Vice President and General Counsel
The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675-0002

The Northern Trust Company
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19801

Oaktree Capital Management, LLC
c/o Kenneth Liang, Esquire
Agent for Service of Process
333 South Grand Avenue, 28th Floor
Los Angeles, CA 90071

The Corporation Trust Company
Resident Agent (Perry Principals)
1209 Orange Street
Wilmington, DE 19801

Perry Principals
c/o Perry Corp.
599 Lexington Avenue
New York, NY 10022

National Corporation Research, Ltd.
Resident Agent (Oak Hill Securities Fund, L.P.)
615 South Dupont Highway
Dover, DE 19901

National Corporation Research, Ltd.
Resident Agent (Oak Hill Securities Fund II,
L.P.)
615 South Dupont Highway
Dover, DE 19901

Mr. Ralph DeSena
RBC Capital Markets
One Liberty Plaza, 5th Floor
New York, NY 10006

The Corporation Trust Company
Resident Agent (Salomon Brothers Holding
Company, Inc.)
1209 Orange Street
Wilmington, DE 19801

Mr. Kim Fennebresque
Chief Executive Officer
Societe Generale
1221 Avenue of the Americas
New York, NY 10020

Takahiro Nomoto
President and Chief Executive Officer
Sumitomo Trust and Banking Co (USA)
111 River Street
Waterfront Corporate Center
Hoboken, NJ 07030

Tim Ng
The Sumitomo Trust & Banking Co Ltd
527 Madison Avenue
New York, NY 10022

First Omni Bank, N.A.
Resident Agent
499 Mitchell Street
Millsboro, DE 19966

L. Phillip Humann
Chairman and President
SunTrust Bank
303 Peachtree Street
Atlanta, GA 30308

Christine F. Kenmore, Esquire
Vice President and Senior Counsel
Wells Fargo Bank, N.A.
333 South Grand Avenue, 10th Floor
Los Angeles, CA 90071

HBK Master Fund, L.P.
M&C Corporate Services Limited, Registered
Agent
c/o Ugland House, South Church Street
P.O. Box 309, George Town
Grnad Cayman, British West Indies

Mark S. Chehi, Esquire
Skadden Arps Slate Meagher
  & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, PA
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899

David M. Klauder, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Mark Collins, Esquire
Daniel J. DeFranceschi, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assist. United States Attorney
Chase Manhattan Centre
1201 Market Street, Suite 1100
P. O. Box 2046
Wilmington, DE 19899-2046

D. J. Baker, Esquire
Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

James McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

J. Andrew Rahl, Jr., Esquire
John B. Berringer, Esquire
Howard D. Ressler, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

James J. McMonagle, Esquire
24 Walnut Street
Chagrin Falls, OH 44022

Edmund M. Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Benjamin Feder, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6030

James F. Conlan, Esquire
Larry J. Nylan, Esquire
Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Martin Bienenstock, Esquire
Michael F. Walsh, Esquire
Judy G. Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Richard Cobb, Esquire
Rebecca Butcher, Esquire
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Denise Wildes, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Melonie S. Jurgens, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Guy S. Neal, Esquire
Sidley Austin LLP
1501 K Street, NW
Washington, DE 20005

Matthew J. Gold, Esquire
Kleinberg, Kaplan, Wolff & Cohen, PC
551 Fifth Avenue
New York, NY 10019

Heather Y. Fong, Esquire
Leoboeuf, Lamb, Green & Macrae LLP
125 West 55th Street
New York, NY 10019

Jonathan R. Goldblatt
Managing Counsel
The Bank of New York
One Wall Street, 29th Floor
New York, NY 10286

David C. Christian, II, Esquire
Seyfarth Shaw LLP
55 E. Monroe Street
Chicago, IL 60603-5803

David S. Elkind, Esquire
Ropes & Gray
45 Rockefeller Plaza
New York, NY 10111

Molly J. Baier
Law Department – Workout Group
Wells Fargo Bank
633 Folsom St., 7th Floor
MAC A0149-073
San Francisco, CA 94107