Case 1:06-cv-00144-JPF   Document 12   Filed 11/07/2006   Page 1 of 2
NOV-07-2006  15:04                                                P.02/03
Case 1:06-cv-00144-JPF   Document 10-2   Filed 11/06/2006   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, et al.,<br><br>  Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| OWENS CORNING, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, et al.,<br><br>  Defendants. | Adv. Pro. No. A-02-5829 (JPF)<br><br>Related to D.I. Nos. 1 and 61 |
| THE OFFICIAL REPRESENTATIVES OF THE BONDHOLDERS AND TRADE CREDITORS OF DEBTORS OWENS CORNING, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE, CAYMAN ISLANDS BRANCH (F/K/A CREDIT SUISSE FIRST BOSTON) individually and in its capacity as Agent, et al.,<br><br>  Defendants. | D.Ct. Case No.: 1:06-cv-00144-JPF<br><br>Related to D.I. Nos. 1 through 9 |

## ORDER OF DISMISSAL

This Court having received notice that the Effective Date has occurred with respect to the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan"), it is:

NOV-07-2006 15:04
Case 1:06-cv-00144-JPF   Document 12    Filed 11/07/2006   Page 2 of 2    P.03/03
Case 1:06-cv-00144-JPF   Document 10-2   Filed 11/06/2006   Page 2 of 2

ORDERED, that Adv. Pro. No. A-02-5829 (JPF), including the Debtor and Non-Debtor Plaintiffs' Motion to Refer Bank Adversary Action to the Bankruptcy Court (D.I. No. 61) and all other currently pending motions and matters in this adversary proceeding, and (ii) the Motion of the Official Representatives of the Bondholders and Trade Creditors to Withdraw the Reference of Subordination Adversary Action (D. Ct. Case No. 1:06-cv-00144-JPF) from the Bankruptcy Court (D.I. Nos. 1-7) are hereby dismissed, with prejudice, except that the objection to (a) the Proof of Claim No. 4989 filed by Bank One, NA in the amount of $5,000,000.00 for the reasons stated in Count V, Paragraphs 68(f) and 68(g) of Adv. No. A-02-5829; and (b) the Proof of Claim No. 8896 filed by Continental Casualty in the amount of $12,196,667.00 for the reasons stated in Count V, Paragraph 68(g) of Adv. No. A-02-5829 are not dismissed; provided, however, that the foregoing objections shall not affect in any respect the allowance and treatment of the Class A4 Claims as set forth in Section 3.3(b) of the Plan or the Final Bank Unimpairment Order (as defined in the Plan); and it is further

ORDERED, that Adv. Pro. No. A-02-5829 (JPF) and D. Ct. Case No. 1:06-cv-00144-JPF are CLOSED.

November 7, 2006

_____
Honorable John P. Fullam
Senior Judge, United States District Court

-2-